**Exhibit A**
**BAKE BAKE HOORAY food trailer**
**since September 1, 2021**



# Exhibit B
# bakebakehooray.square.site





2:41

**Square** 1:08 PM
to me

Hi Sharie,

I hope this email finds you well.

This is Queen from Square Online$ Weebly Messaging Support.

We were discussing earlier you wanting to know when you  established your online site.
The first publish date of
https://bakebakehooray.square.site/ was January 16, 2024, at 1:23 PM.

Thanks for reaching out to Square Online support. Please don't hesitate to let us know if you have any additional questions. Hope you have a great rest of your day!

Queen M
Square Online & Weebly Customer Success

ref:!00DE00Y7ru.!5004W02ghpve:ref

Reply

# Exhibit C
# Kevlyn's bakebakehooray.com



**Exhibit D**
**Kevlyn's Trademark Application**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS     DOCUMENTS                                            Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-02-14 07:55:17 EST |
| **Mark:** | BAKE BAKE HOORAY          Image failed to load for this case. |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98678074 | **Application Filing Date:** | Aug. 01, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | | Approved by the examining attorney for publication but has not yet published for opposition. Although rare, withdrawal of approval prior to publication may occur after final review. The opposition period begins on the date of publication. |
| **Status Date:** | | Feb. 12, 2025 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Kevlyn Creative LLC |
| **Owner Address:** | 6665 S. Kenton St. STE 201<br>Englewood, COLORADO UNITED STATES 80111 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY     **State or Country Where Organized:**     COLORADO |

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

**Exhibit E**
**First Cease and Desist and Response**



## : Cease and Desist

nessages

/lyn Walsh <hello@bakebakehooray.com>                    Thu, Dec 12, 2024 at 5:16
bakebakehoorayct@gmail.com

)ear Sharie,

have reviewed your cease and desist claim with my intellectual property attorney. Given the distinct differences in our industries and business nodels, we do not find any similarities between our two businesses.

additionally, my attorney has advised that your actions—specifically the improper reporting of our Instagram account—may give us grounds for a :laim for damages related to lost sales and revenue. Furthermore, your recent Facebook post about our business could be considered defamatory, which provides potential cause for a defamation claim.

\t this time, we are choosing not to pursue these matters and consider this issue resolved.

Regards,
Kevlyn Zierk

)n Wed, Dec 11, 2024 at 8:38 AM Bake Bake Hooray (Shopify) <mailer@shopify.com> wrote:

> You received a new message from your online store's contact form.
>
>
> **Country Code:**
> US
>
> **Name:**
> Sharie OBuck
>
> **Email:**
> BakeBakeHoorayCT@gmail.com
>
> **Phone Number:**
> 9173711176
>
> **Message:**
> This letter serves as a formal notice to immediately cease and decist from doing business under the name Bake Bake Hooray which violates my intellectual property. Your actions have caused damage to my previously existing brand by your poor business practices, your actions are tainting business reputation and you are confusing customers by illegally using my business name. You are ordered to immediately stop using the Bake Bake Hooray in any manner to conduct business either in person, via the internet or as a third party vendor. You are to immediately remove any affiliation with the name Bake Bake Hooray on any social media platform or professional pages. This includes but not limited to Facebook, Instagram, Etsy, Tik Tok, LinkedIn, X, and any e commerce sites using the name Bake Bake Hooray. You are required to respond in writing within 2 days. We are prepared to take immediate legal action against you.

arie OBuck <bakebakehoorayct@gmail.com>                    Thu, Dec 12, 2024 at 6:02
MattyPatty <mattobuck@yahoo.com>

harie O'Buck
[uoted text hidden]



**Exhibit F**
**Hooray's Trademark Opposition**

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Application** 98678074 ("BAKE BAKE HOORAY")

| | | |
|---|---|---|
| Hooray Limited Liability Company, | : | |
| | : | |
| Opposer, | : | Opposition No. ...............… |
| | : | |
| v. | : | |
| | : | |
| Kevlyn Creative LLC, | : | |
| | : | 2025-02-15 |
| Applicant. | : | |

## BAKE BAKE HOORAY Notice of Opposition

Commissioner:

1. Opposer believes she will be damaged by registration of the subject trade mark, "BAKE BAKE HOORAY", for identifying "Retail store services featuring food coloring, sprinkles, food glitter, silicone moulds, apparel, aprons, cookie cutters, cookie stamps, cookie cutters, rolling pins". Opposer hereby opposes the same under 15 U.S.C. § 1063. The required fee accompanies this Notice. As grounds for the opposition, Opposer alleges as follows:

## Parties

2. Opposer is a Connecticut limited liability company who operates a business selling gourmet cookies throughout the United States by an online storefront (bakebakehooray.square.site) and throughout Connecticut by a food trailer bearing the BAKE BAKE HOORAY mark.

3. According to USPTO records, Applicant is a Colorado limited liability company. According to Opposer's information and belief, Applicant sells custom cookie cutters through an online store.

# Facts

4. Opposer has been selling gourmet cookies by online ordering and shipping said cookies throughout the United States, under the BAKE BAKE HOORAY mark, since as early as January 16, 2024. (See Exhibit A, bakebakehooray.square.site and Exhibit B, Square Inc. First Date of Publication.) Thus, Opposer has used the BAKE BAKE HOORAY in interstate commerce, and has established common law rights in the BAKE BAKE HOORAY mark.

5. Opposer has been selling gourmet cookies throughout Connecticut from the food trailer, under the BAKE BAKE HOORAY mark, since as early as September 1, 2021. (See Exhibit F, BAKE BAKE HOORAY food trailer.) On information and belief, Opposer's food truck customers as early as September 1, 2021 have included residents of States other than Connecticut. Thus, Opposer has used the BAKE BAKE HOORAY in interstate commerce, and has established common law rights in the BAKE BAKE HOORAY mark.

6. According to USPTO records, Applicant **intends to use** BAKE BAKE HOORAY for retail store services. Applicant filed its intent to use application August 1, 2024.

7. According to Opposer's knowledge, customers have been complaining to Opposer about Applicant's errors in delivering custom cookie cutters, under the BAKE BAKE HOORAY mark, since as early as November 26, 2024. Consumers message and call Opposer to complain about Applicant's errors. (See Exhibit C, Instagram screenshot dated January 17, 2025; Exhibit D, Screenshot of phone call complaint dated January 30, 2025; Exhibit E, screenshots of Facebook post and comment dated November 26, 2024.)

# Claims for Relief

## Actual Confusion

8. Customer complaints to Opposer, regarding Applicant's products, are evidence of **actual consumer confusion** between Opposer and Applicant based on the identity of Opposer's mark and Applicant's mark and the related nature of Opposer's goods (cookies) and Applicant's goods (cookie cutters). Thus, Consumers are actually confused between Opposer and Applicant, based on the identity of the marks and the related nature of the goods.

## Likelihood of Confusion

9. Opposer's products, under the BAKE BAKE HOORAY common law mark, are gourmet cookies. Applicant seeks to register BAKE BAKE HOORAY for "food coloring, sprinkles, food glitter, silicone moulds, apparel, aprons, cookie cutters, cookie stamps, cookie cutters, rolling pins" all of which are related to cookies. Registration of the identical mark for related products would be **likely to confuse** consumers as to whether Opposer or Applicant were the source of each other's goods.

## Damage to Opposer

10. Opposer is presently damaged by Applicant's use of BAKE BAKE HOORAY, due to consumers associating Applicant's errors with Opposer's goods, and will be further damaged by registration of the mark shown in the Application, because registration will give Applicant *prima facie* evidence of its ownership of, and its exclusive right to use in commerce, a mark which is identical to Opposer's common law mark BAKE BAKE HOORAY.

## Requested Relief

WHEREFORE, Opposer respectfully requests the Office to refuse registration of the subject application.

Respectfully submitted,
/Alan Harrison/
Alan Harrison, CT 431816
alan@sandollar-law.net
203.212.9996
SANDOLLAR
Milford, CT

VERIFICATION

I, Sharie O'Buck, being aware of the penalties for false statement to the United States
government, hereby depose and declare that the factual allegations contained in the
foregoing document are true and correct to the best of my knowledge, information and
belief. Any documents attached to the document are true and correct copies of those
documents as described in the document.

Signed: Sharie O'Buck           date: 2/15/2025

**Exhibit G
Hooray Notified Kevlyn of Opposition**

**Subject:** Opposition to Kevlyn Creative's application for BAKE BAKE HOORAY
**From:** Alan Harrison <alan@sandollar-law.net>
**Date:** 3/11/25, 08:46
**To:** nicole@sproutlaw.com

Hi, Nicole.

I represent Sharie O'Buck's company HOORAY Limited Liability Company. It is a Connecticut LLC that has been selling cookies out of a food trailer since as early as September 2021, and shipping the cookies nationally since as early as January 2024, under the mark BAKE BAKE HOORAY.

We filed an opposition to your client's application this morning.

Let's talk.

Respectfully,

Alan Harrison
alan@sandollar-law.net
203.212.9996
SANDOLLAR Law
6 W River St
Unit 112
Milford CT 06460

# Exhibit H
# Second Cease and Desist — No Response



2025-03-13

Kevlyn K. Zierk
Kevlyn Creative, LLC
c/o Teresa Kirby, Esq.
teresa@sproutlaw.com
Sprout Law PLLC
Line of Work Law

Re: cease and desist your infringement, or take a license

Dear Kevlyn:

You have infringed and continue to infringe on my client's valid trade mark of BAKE BAKE HOORAY for cookies and cookie-related goods. Among other things, you infringe on my client's mark by selling custom cookie cutters under the name BAKE BAKE HOORAY.

Trade mark infringement is typically measured by "likelihood" of confusion. A court will balance several factors to assess whether consumers are likely to be misled by an alleged infringer using a mark that is *similar* to a senior user's mark, for *similar* goods or services.

Here, due to your use of the **identical** mark for similar goods, consumers are and have been **actually confused** as to whether you or my client are the source of custom cookie cutters that are made incorrectly, not delivered, or delivered to the wrong address, etc. As you can imagine, my client is irate to be receiving customer complaints and negative social media comments about a product that they don't even sell.

When found liable for trade mark infringement, you may be ordered by a court to pay my client damages. These can include up to 3x your profits, as well as my reasonable attorney fees.

You've made and sold more than 5000+ cookie cutters at prices from $14 – $26 each. We estimate upward of $100,000 revenue with under $50,000 capital expenses, for a net profit of at least $50,000. The process of fact discovery through litigation could give us more exact numbers.

Given that you knew or should have known that my client's mark (in use since 2021) would be an issue, it appears that you may intentionally have infringed my client's mark. Perhaps seeking a free ride off the popularity and brand recognition of my client's related product, gourmet cookies. This is the kind of scenario that tends to support the 3x damages mentioned earlier.

We are not far into this dispute and attorney fees are not yet large. Accordingly, my client is willing to offer you two options:

1. pay $30,000 and stop using BAKE BAKE HOORAY.
2. pay $90,000 and continue using BAKE BAKE HOORAY under a license agreement to be further negotiated.

Please let us know by March 21, which option you prefer.

Respectfully,

Alan Harrison | alan@sandollar-law.net | 203.212.9996
Attorney for HOORAY Limited Liability Company

**Exhibit I
Instagram screenshot
dated January 17, 2025**

9:03 💬 📷 ★ ★ ♪ 𝕏 ❄ • Ⓝ 📶 47% 🔋

←  **Beauty** › ⓘ
mgjdkbdolls

**Beauty**
mgjdkbdolls
410 followers · 444 posts
You don't follow each other on Instagram

Today 8:49 PM

I received a bake bake hooray cookie cutter my company name misspelled


Images sent in message requests are covered.

Tap to see blurred image

---

Accept message request from **Beauty (mgjdkbdolls)?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.



| Block | Delete | Accept |
|-------|--------|--------|

|||    ⬜    ‹

**Exhibit J**
**Screenshot of phone call complaint**
**dated January 30, 2025**



**Exhibit K**
**Screenshots of Facebook post and comment**
**dated November 26, 2024**

9:44

Posts    About    Photos    More ▾

Nov 26, 2024 · 🎵 Kali J. · 🌐

Last call for Celebration Cinnabun Cakes or
Special Orders for delivery tomorro… See more







See insights and ads          Boost post

👍❤️ You, Sharie O'Buck + 4          1 comment

👍 Like     💬 Comment     📞 Send     ↪ Share

10:01 ★ ★ 57%

 You, Sharie O'Buck + 4 ›

Hidden by This Page ⌄

 **Art Corky Pauly**
I placed an order with you 5 days ago
and have heard nothing from you.
That's why I don't like ordering
anything I see on Facebook.

**11w    Unhide**

Comment as Bake Bake Hooray

|||     ▢     ‹

**Exhibit L**
**Whois bakebakehooray.com?**





# bakebakehooray.com

Updated 1 second ago ↻

## Domain Information

| | |
|---|---|
| Domain: | bakebakehooray.com |
| Registered On: | 2024-07-05 |
| Expires On: | 2026-07-05 |
| Updated On: | 2024-07-05 |
| Status: | client delete prohibited |
| | client renew prohibited |
| | client transfer prohibited |
| | client update prohibited |
| Name Servers: | pdns07.domaincontrol.com |
| | pdns08.domaincontrol.com |

## Registrar Information

| | |
|---|---|
| Registrar: | GoDaddy.com, LLC |
| IANA ID: | 146 |
| Abuse Email: | abuse@godaddy.com |
| Abuse Phone: | 480-624-2505 |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 100 S. Mill Ave, Suite 1600 |
| City: | Tempe |

| State: | Arizona |
| Postal Code: | 85281 |
| Country: | US |
| Phone: | +1.4806242599 |
| Email: | https://www.godaddy.com/whois/results.aspx?domain=bakebakehooray.com |

## Technical Contact

| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 100 S. Mill Ave, Suite 1600 |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85281 |
| Country: | US |
| Phone: | +1.4806242599 |
| Email: | https://www.godaddy.com/whois/results.aspx?domain=bakebakehooray.com |

Interested in similar domains?

| bake-bake-hooray.com | Buy Now |
| shakebakehooray.com | Buy Now |
| bakebakehoorays.com | Buy Now |
| bakeshakehooray.com | Buy Now |