## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOORAY Limited Liability Company, Plaintiff | : : : | 3:25-cv-466 |
| v. | : : | |
| Kevlyn Creative, LLC 6665 S. Kenton St., Suite 201 Englewood, CO, 80111 | : : : : | |
| and | : : : | Complaint |
| Kevlyn K. Zierk aka Kevlyn K. Walsh 18259 E Grand Ave Aurora, CO 80015 Defendants. | : : : : : : | 2025-03-26 |

Now comes HOORAY Limited Liability Company ("Hooray"), by and through undersigned counsel, and complains of the Defendants Kevlyn Creative, LLC ("Kevlyn") and Kevlyn K. Zierk ("Zierk"), as follows. All allegations herein are made on information and/or belief.

## <u>Nature of the Case</u>

1. This is a case of trademark infringement by the Defendants on Hooray's common law trademark BAKE BAKE HOORAY (the "Mark").

2.    Defendants have been infringing on the Mark since as early as July 2024,

Defendants have repeatedly been warned to cease and desist infringing, and

Defendants continue to infringe on the Mark.

### Standing, Jurisdiction, Venue

3.    Hooray has standing as the senior user of the Mark for gourmet cookies and

related goods.

4.    The Court has Federal question jurisdiction under 28 U.S.C. § 1331 and the

Lanham Act, 15 U.S.C. § 1125. The Court has supplemental jurisdiction of State

law claims under 28 U.S.C. § 1367.

5.    The Court has personal jurisdiction over Defendants under Connecticut's long

arm statute, Conn.Gen.Stat. § 52-59b(a)(3)(B), because Defendants committed

trademark infringement both outside and within Connecticut, causing injury to

Hooray within Connecticut, and Defendants derive substantial revenue from

interstate commerce and should reasonably have expected their trademark

infringement to have consequences in Connecticut.

6.    The Court is a proper venue for Defendants to answer this action, pursuant to

28 U.S.C. §§ 1391(b)(1) and (c)(2).

## Hooray

7.  Hooray is a Connecticut limited liability company that has been in business since as early as 2021. Hooray's principal business is the sale of gourmet cookies under the trademark BAKE BAKE HOORAY.

8.  Since September 1, 2021, Hooray has been selling gourmet cookies from a food trailer to residents of Connecticut and other States under the BAKE BAKE HOORAY mark (Exhibit A). Thus, Hooray has established common law rights in the Mark.

9.  Since January 16, 2024, Hooray has been selling and shipping gourmet cookies nationally, via the website bakebakehooray.square.site, under the BAKE BAKE HOORAY mark (Exhibit B). Thus, Hooray has established common law rights in the Mark.

## Defendants

10. Kevlyn is a Colorado limited liability company founded by Zierk in 2018. Kevlyn has sold a variety of party favors and similar items since 2018.

11. Zierk is the principal member of Kevlyn and is responsible for all of Kevlyn's business activities. Kevlyn is a mere instrumentality for the transaction of Zierk's business affairs, and there is such unity of interest that Kevlyn has no separate personality from Zierk. Kevlyn and Zierk are alter egos.

Alan Harrison – SANDOLLAR Law – Milford, CT

12. Zierk became aware of the Mark after Hooray established
bakebakehooray.square.site and started shipping gourmet cookies into Colorado
in January 2024.

13. Kevlyn has been selling customized cookie stamps and cookie cutters through
the website bakebakehooray.com, under the name BAKE BAKE HOORAY, since
about July 2024 (Exhibit C).

## Defendants' Trademark Application

14. On August 1, 2024, Defendants filed U.S. Trademark Application 98678074 (the
"Application", Exhibit D) for BAKE BAKE HOORAY as an identifier of Defendants
as the source of "retail store services featuring food coloring, sprinkles, food
glitter, silicone moulds, apparel, aprons, cookie cutters, cookie stamps, cookie
cutters, rolling pins".

15. Defendants filed the Application through a trademark attorney, Nicole Schwartz
of Sprout Law PLLC.

16. Before Defendants' trademark attorney filed the Application, she undertook a
routine "clearance search" for senior uses of BAKE BAKE HOORAY.

17. Before Defendants' trademark attorney filed the Application, she informed
Defendants of Hooray's senior use of the Mark, which she discovered through
the clearance search.

18. When Defendants' trademark attorney filed the Application, Defendants knew that Hooray was a senior user of the Mark and that they likely were infringing on Hooray's rights in the Mark.

### First Warning to Cease and Desist

19. As discussed below, in about November 2024, Hooray became aware of Defendants' infringement on Hooray's rights in the Mark.

20. December 11, 2024, Hooray sent Defendants an e-mail requesting that they cease and desist their infringement. (Exhibit E.)

21. Defendants responded, refusing to cease or desist. (Exhibit E.)

### Trademark Opposition and Second Warning to Cease and Desist

22. On March 11, 2024, Hooray filed an Opposition to the Application. (Exhibit F.) On the same date, undersigned counsel informed Defendants' trademark attorney of the Opposition. (Exhibit G.)

23. On March 14, 2024, undersigned counsel sent Defendants' trademark attorney a second notice (Exhibit H) to cease and desist their infringement of Hooray's rights in the Mark.

24. As of this date, neither Defendants nor their trademark attorney have responded in any way to the second notice to cease and desist.

## Count 1: False Designation of Origin (Actual Consumer Confusion)

25.  Hooray uses the Mark as a trademark in interstate commerce.

26.  Customers have been complaining to Hooray about Kevlyn's errors in delivering custom cookie cutters, under the name BAKE BAKE HOORAY, since as early as November 2024. (See Exhibit I, Instagram screenshot dated January 17, 2025; Exhibit J, Screenshot of phone call complaint dated January 30, 2025; Exhibit K, screenshots of Facebook post and comment dated November 26, 2024.)

27.  There is actual confusion between Hooray's cookies sold under the Mark and Kevlyn's cookie cutters sold under BAKE BAKE HOORAY.

28.  Actual consumer confusion supports a finding that Defendants use BAKE BAKE HOORAY as a false designation of origin under 15 U.S.C. § 1125(a)(1)(A).

## Count 2: False Designation of Origin (Likelihood of Confusion)

29.  The words BAKE BAKE HOORAY, used by Kevlyn to sell custom cookie cutters, are identical to Hooray's mark BAKE BAKE HOORAY, used to sell gourmet cookies.

30.  Consumers are likely to associate cookie cutters with cookies.

31.  Consumers are likely to think that cookie cutters sold under the mark BAKE BAKE HOORAY come from the same source as cookies sold under the mark BAKE BAKE HOORAY.

32. There is a likelihood of confusion between Hooray's cookies sold under BAKE BAKE HOORAY and Kevlyn's cookie cutters sold under BAKE BAKE HOORAY.

33. Kevlyn's use of BAKE BAKE HOORAY infringes on Hooray's common law rights as senior user of the Mark, serves as a false designation of the origin of Defendants' custom cookie cutters, and thereby violates 15 U.S.C. § 1125(a)(1)(A).

## Count 3: Cyberpiracy

34. Hooray has been using the Mark in interstate commerce since as early as September 1, 2021.

35. Hooray has been using the domain name bakebakehooray.square.site since early as January 16, 2024.

36. Kevlyn registered the domain name bakebakehooray.com on July 5, 2024 (Exhibit L).

37. The domain name bakebakehooray.com, is identical or confusingly similar to the Mark, which was distinctive at the time of registration of the domain name.

38. Kevlyn knew of the Mark, knew that Hooray had rights in the Mark, and knew that Kevlyn had no prior use of or rights in the Mark, at the time that Kevlyn registered bakebakehooray.com.

39. The Mark comprises Hooray's legal name.

Alan Harrison – SANDOLLAR Law – Milford, CT

40. Kevlyn intended, by registration of bakebakehooray.com, to divert consumers from Hooray's cookie-selling website to Kevlyn's cookie-cutter-selling website.

41. Consumer complaints evidence that Kevlyn's diversion of consumers has actually harmed Hooray's goodwill.

42. Kevlyn had a bad faith intent to profit from its misappropriation of the Mark as a domain name.

43. Defendants' registration and continued use of bakebakehooray.com is cyberpiracy under 15 U.S.C. § 1125(d).


## Count 4: Unfair Competition (CUTPA)

44. By using the words BAKE BAKE HOORAY to sell custom cookie cutters, Kevlyn takes a free ride on the popularity and name recognition of Hooray's BAKE BAKE HOORAY cookies.

45. Kevlyn's free ride impairs the potential for Hooray to enter the market for custom cookie cutters, and thereby curtails Hooray's business opportunities.

46. Knowingly and willfully using the Mark to sell a product that curtails Hooray's business opportunities is unscrupulous, and substantially injures Hooray.

47. Defendants' use of BAKE BAKE HOORAY to sell custom cookie cutters, in Connecticut and throughout the United States, is an unfair trade practice under

the Connecticut Unfair Trade Practices Act (CUTPA), Conn.Gen.Stat. § 42-110a

et seq.

## **Prayer for Relief**

WHEREFORE, Hooray prays that the Court award:

- the Defendants' profits;

- Hooray's damages;

- the costs of the case;

- transfer of bakebakehooray.com to Hooray;

- an injunction, under 15 U.S.C. § 1116(a), forbidding Defendants from using the Mark;

- reasonable attorney fees for an exceptional case, under 15 U.S.C. § 1117(a), based on Defendants' knowing and willful misuse of the Mark;

- punitive damages and attorney fees, under Conn.Gen.Stat. §§ 42-110g(a) and (d), based on Defendants' knowing and willful misuse of the Mark;

- such other relief as the Court may think proper.

Respectfully submitted,
s/Alan Harrison
Alan Harrison (ctd 29464)
alan@sandollar-law.net
203.212.9996
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460

**Exhibit A**
**BAKE BAKE HOORAY food trailer**
**since September 1, 2021**



**Exhibit B**
**bakebakehooray.square.site**



HOME    SHOP ALL

# GIANT STUFFED COOKIES

Welcome to Bake Bake Hooray Online! We make the best artisan, gourmet giant stuffed cookies and ship out weekly. Choose your favorite mixed pack! Orders received by Wednesday by 5PM EST will ship on Thursday. *orders arriving after 5PM EST on Wednesday will ship the following Thursday

Email    Sign Up



2:41    73%

Square 1:08 PM

to me

Hi Sharie,

I hope this email finds you well.

This is Queen from Square Online$ Weebly Messaging Support.

We were discussing earlier you wanting to know when you  established your online site.
The first publish date of https://bakebakehooray.square.site/ was January 16, 2024, at 1:23 PM.

Thanks for reaching out to Square Online support. Please don't hesitate to let us know if you have any additional questions. Hope you have a great rest of your day!

Queen M
Square Online & Weebly Customer Success

ref:!00DE00Y7ru.!5004W02ghpve:ref

Reply

99+

**Exhibit C**
**Kevlyn's bakebakehooray.com**

Bake Bake Hooray! | Custom ×    +

https://bakebakehooray.com

Import bookmarks...



HOME    COOKIE STAMPS    CAKE TOPPERS    ABOUT US    CONTACT

**5,000+** Products Sold          **500+** 5-star Reviews          ★★★★★ 4.8/5 Average

# Custom embossed cookie stamps

Our laser-engraved stamps create beautifully embossed designs that will elevate your homemade cookies and turn them into unforgettable treats

**SHOP EASTER**



**Exhibit D
Kevlyn's Trademark Application**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS                                          Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-02-14 07:55:17 EST |
| **Mark:** | BAKE BAKE HOORAY                                   Image failed to load for this case. |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98678074 | **Application Filing Date:** | Aug. 01, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Under Examination |
| | | The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |

| | |
|---|---|
| **Status:** | Approved by the examining attorney for publication but has not yet published for opposition. Although rare, withdrawal of approval prior to publication may occur after final review. The opposition period begins on the date of publication. |
| **Status Date:** | Feb. 12, 2025 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Kevlyn Creative LLC |
| **Owner Address:** | 6665 S. Kenton St. STE 201 Englewood, COLORADO UNITED STATES 80111 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | COLORADO |

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**Exhibit E**
**First Cease and Desist and Response**



## : Cease and Desist
messages

| | |
|---|---|
| **lyn Walsh** <hello@bakebakehooray.com> | Thu, Dec 12, 2024 at 5:16 |
| bakebakehoorayct@gmail.com | |

ear Sharie,

have reviewed your cease and desist claim with my intellectual property attorney. Given the distinct differences in our industries and business models, we do not find any similarities between our two businesses.

dditionally, my attorney has advised that your actions—specifically the improper reporting of our Instagram account—may give us grounds for a laim for damages related to lost sales and revenue. Furthermore, your recent Facebook post about our business could be considered defamatory, which provides potential cause for a defamation claim.

t this time, we are choosing not to pursue these matters and consider this issue resolved.

tegards,
Kevlyn Zierk

On Wed, Dec 11, 2024 at 8:38 AM Bake Bake Hooray (Shopify) <mailer@shopify.com> wrote:

> You received a new message from your online store's contact form.
>
> **Country Code:**
> US
>
> **Name:**
> Sharie OBuck
>
> **Email:**
> BakeBakeHoorayCT@gmail.com
>
> **Phone Number:**
> 9173711176
>
> **Message:**
> This letter serves as a formal notice to immediately cease and decist from doing business under the name Bake Bake Hooray which violates my intellectual property. Your actions have caused damage to my previously existing brand by your poor business practices, your actions are tainting business reputation and you are confusing customers by illegally using my business name. You are ordered to immediately stop using the Bake Bake Hooray in any manner to conduct business either in person, via the internet or as a third party vendor. You are to immediately remove any affiliation with the name Bake Bake Hooray on any social media platform or professional pages. This includes but not limited to Facebook, Instagram, Etsy, Tik Tok, LinkedIn, X, and any e commerce sites using the name Bake Bake Hooray. You are required to respond in writing within 2 days. We are prepared to take immediate legal action against you.

| | |
|---|---|
| **arie OBuck** <bakebakehoorayct@gmail.com> | Thu, Dec 12, 2024 at 6:02 |
| MattyPatty <mattobuck@yahoo.com> | |

Sharie O'Buck
[uoted text hidden]



**Exhibit F
Hooray's Trademark Opposition**

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Application** 98678074 ("BAKE BAKE HOORAY")

| | | |
|---|---|---|
| Hooray Limited Liability Company, | : | |
| | : | |
| Opposer, | : | Opposition No. .................… |
| | : | |
| v. | : | |
| | : | |
| Kevlyn Creative LLC, | : | |
| | : | 2025-02-15 |
| Applicant. | : | |

## BAKE BAKE HOORAY Notice of Opposition

Commissioner:

1. Opposer believes she will be damaged by registration of the subject trade mark, "BAKE BAKE HOORAY", for identifying "Retail store services featuring food coloring, sprinkles, food glitter, silicone moulds, apparel, aprons, cookie cutters, cookie stamps, cookie cutters, rolling pins". Opposer hereby opposes the same under 15 U.S.C. § 1063. The required fee accompanies this Notice. As grounds for the opposition, Opposer alleges as follows:

## Parties

2. Opposer is a Connecticut limited liability company who operates a business selling gourmet cookies throughout the United States by an online storefront (bakebakehooray.square.site) and throughout Connecticut by a food trailer bearing the BAKE BAKE HOORAY mark.

3. According to USPTO records, Applicant is a Colorado limited liability company. According to Opposer's information and belief, Applicant sells custom cookie cutters through an online store.

# Facts

4. Opposer has been selling gourmet cookies by online ordering and shipping said cookies throughout the United States, under the BAKE BAKE HOORAY mark, since as early as January 16, 2024. (See Exhibit A, bakebakehooray.square.site and Exhibit B, Square Inc. First Date of Publication.) Thus, Opposer has used the BAKE BAKE HOORAY in interstate commerce, and has established common law rights in the BAKE BAKE HOORAY mark.

5. Opposer has been selling gourmet cookies throughout Connecticut from the food trailer, under the BAKE BAKE HOORAY mark, since as early as September 1, 2021. (See Exhibit F, BAKE BAKE HOORAY food trailer.) On information and belief, Opposer's food truck customers as early as September 1, 2021 have included residents of States other than Connecticut. Thus, Opposer has used the BAKE BAKE HOORAY in interstate commerce, and has established common law rights in the BAKE BAKE HOORAY mark.

6. According to USPTO records, Applicant **intends to use** BAKE BAKE HOORAY for retail store services. Applicant filed its intent to use application August 1, 2024.

7. According to Opposer's knowledge, customers have been complaining to Opposer about Applicant's errors in delivering custom cookie cutters, under the BAKE BAKE HOORAY mark, since as early as November 26, 2024. Consumers message and call Opposer to complain about Applicant's errors. (See Exhibit C, Instagram screenshot dated January 17, 2025; Exhibit D, Screenshot of phone call complaint dated January 30, 2025; Exhibit E, screenshots of Facebook post and comment dated November 26, 2024.)

Alan Harrison – SANDOLLAR Law – Milford, CT

# Claims for Relief

## Actual Confusion

8. Customer complaints to Opposer, regarding Applicant's products, are evidence of **actual consumer confusion** between Opposer and Applicant based on the identity of Opposer's mark and Applicant's mark and the related nature of Opposer's goods (cookies) and Applicant's goods (cookie cutters). Thus, Consumers are actually confused between Opposer and Applicant, based on the identity of the marks and the related nature of the goods.

## Likelihood of Confusion

9. Opposer's products, under the BAKE BAKE HOORAY common law mark, are gourmet cookies. Applicant seeks to register BAKE BAKE HOORAY for "food coloring, sprinkles, food glitter, silicone moulds, apparel, aprons, cookie cutters, cookie stamps, cookie cutters, rolling pins" all of which are related to cookies. Registration of the identical mark for related products would be **likely to confuse** consumers as to whether Opposer or Applicant were the source of each other's goods.

## Damage to Opposer

10. Opposer is presently damaged by Applicant's use of BAKE BAKE HOORAY, due to consumers associating Applicant's errors with Opposer's goods, and will be further damaged by registration of the mark shown in the Application, because registration will give Applicant *prima facie* evidence of its ownership of, and its exclusive right to use in commerce, a mark which is identical to Opposer's common law mark BAKE BAKE HOORAY.

## Requested Relief

WHEREFORE, Opposer respectfully requests the Office to refuse registration of the subject application.

Respectfully submitted,
/Alan Harrison/
Alan Harrison, CT 431816
alan@sandollar-law.net
203.212.9996
SANDOLLAR
Milford, CT

VERIFICATION

I, Sharie O'Buck, being aware of the penalties for false statement to the United States government, hereby depose and declare that the factual allegations contained in the foregoing document are true and correct to the best of my knowledge, information and belief. Any documents attached to the document are true and correct copies of those documents as described in the document.

Signed: *Sharie O'Buck*          date: *2/15/2025*

**Exhibit G**
**Hooray Notified Kevlyn of Opposition**

**Subject:** Opposition to Kevlyn Creative's application for BAKE BAKE HOORAY
**From:** Alan Harrison <alan@sandollar-law.net>
**Date:** 3/11/25, 08:46
**To:** nicole@sproutlaw.com

Hi, Nicole.

I represent Sharie O'Buck's company HOORAY Limited Liability Company. It is a Connecticut LLC
that has been selling cookies out of a food trailer since as early as September 2021, and
shipping the cookies nationally since as early as January 2024, under the mark BAKE BAKE HOORAY.

We filed an opposition to your client's application this morning.

Let's talk.

Respectfully,

Alan Harrison
alan@sandollar-law.net
203.212.9996
SANDOLLAR Law
6 W River St
Unit 112
Milford CT 06460

# Exhibit H
# Second Cease and Desist — No Response

# SANDOLLAR

• AGREEMENTS • COUNSEL • DISPUTES •
BUSINESS • INTELLECTUAL PROPERTY

2025-03-13

Kevlyn K. Zierk
Kevlyn Creative, LLC
c/o Teresa Kirby, Esq.
teresa@sproutlaw.com
Sprout Law PLLC
Line of Work Law

Re: cease and desist your infringement, or take a license

Dear Kevlyn:

You have infringed and continue to infringe on my client's valid trade mark of BAKE BAKE HOORAY for cookies and cookie-related goods. Among other things, you infringe on my client's mark by selling custom cookie cutters under the name BAKE BAKE HOORAY.

Trade mark infringement is typically measured by "likelihood" of confusion. A court will balance several factors to assess whether consumers are likely to be misled by an alleged infringer using a mark that is *similar* to a senior user's mark, for *similar* goods or services.

Here, due to your use of the **identical** mark for similar goods, consumers are and have been **actually confused** as to whether you or my client are the source of custom cookie cutters that are made incorrectly, not delivered, or delivered to the wrong address, etc. As you can imagine, my client is irate to be receiving customer complaints and negative social media comments about a product that they don't even sell.

When found liable for trade mark infringement, you may be ordered by a court to pay my client damages. These can include up to 3x your profits, as well as my reasonable attorney fees.

You've made and sold more than 5000+ cookie cutters at prices from $14 – $26 each. We estimate upward of $100,000 revenue with under $50,000 capital expenses, for a net profit of at least $50,000. The process of fact discovery through litigation could give us more exact numbers.

Given that you knew or should have known that my client's mark (in use since 2021) would be an issue, it appears that you may intentionally have infringed my client's mark. Perhaps seeking a free ride off the popularity and brand recognition of my client's related product, gourmet cookies. This is the kind of scenario that tends to support the 3x damages mentioned earlier.

We are not far into this dispute and attorney fees are not yet large. Accordingly, my client is willing to offer you two options:

1. pay $30,000 and stop using BAKE BAKE HOORAY.
2. pay $90,000 and continue using BAKE BAKE HOORAY under a license agreement to be further negotiated.

Please let us know by March 21, which option you prefer.

Respectfully,

Alan Harrison | alan@sandollar-law.net | 203.212.9996
Attorney for HOORAY Limited Liability Company

Alan Harrison – SANDOLLAR Law – Milford, CT

**Exhibit I**
**Instagram screenshot**
**dated January 17, 2025**

9:03



← **Beauty** ›
mgjdkbdolls                                    ⓘ

**Beauty**
mgjdkbdolls
410 followers · 444 posts
You don't follow each other on Instagram

Today 8:49 PM

I received a bake bake hooray
cookie cutter my company name
misspelled



Images sent
in message
requests are
covered.

Tap to see blurred
image

---

**Accept message request from Beauty
(mgjdkbdolls)?**

If you accept, they will also be able to call you and see info
such as your activity status and when you've read messages.

| Block | Delete | Accept |
|-------|--------|--------|

**Exhibit J**
**Screenshot of phone call complaint**
**dated January 30, 2025**



**Exhibit K**
**Screenshots of Facebook post and comment**
**dated November 26, 2024**

9:44

Posts    About    Photos    More ▾

Nov 26, 2024 · 🎵 Kali J. · 🌐

Last call for Celebration Cinnabun Cakes or Special Orders for delivery tomorro... See more





See insights and ads          Boost post

👍❤️ You, Sharie O'Buck + 4          1 comment

👍 Like      💬 Comment      📞 Send      ↪ Share





**Hidden by This Page** ⌄

**Art Corky Pauly**
I placed an order with you 5 days ago
and have heard nothing from you.
That's why I don't like ordering
anything I see on Facebook.

**11w    Unhide**

Comment as Bake Bake Hooray

**Exhibit L**
**Whois bakebakehooray.com?**



# bakebakehooray.com

Updated 1 second ago 

## Domain Information

| | |
|---|---|
| Domain: | bakebakehooray.com |
| Registered On: | 2024-07-05 |
| Expires On: | 2026-07-05 |
| Updated On: | 2024-07-05 |
| Status: | client delete prohibited<br>client renew prohibited<br>client transfer prohibited<br>client update prohibited |
| Name Servers: | pdns07.domaincontrol.com<br>pdns08.domaincontrol.com |

## Registrar Information

| | |
|---|---|
| Registrar: | GoDaddy.com, LLC |
| IANA ID: | 146 |
| Abuse Email: | abuse@godaddy.com |
| Abuse Phone: | 480-624-2505 |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 100 S. Mill Ave, Suite 1600 |
| City: | Tempe |

| State: | Arizona |
| Postal Code: | 85281 |
| Country: | US |
| Phone: | +1.4806242599 |
| Email: | https://www.godaddy.com/whois/results.aspx?domain=bakebakehooray.com |

## Technical Contact

| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 100 S. Mill Ave, Suite 1600 |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85281 |
| Country: | US |
| Phone: | +1.4806242599 |
| Email: | https://www.godaddy.com/whois/results.aspx?domain=bakebakehooray.com |

Interested in similar domains?

| bake-bake-hooray.com | Buy Now |
| shakebakehooray.com | Buy Now |
| bakebakehoorays.com | Buy Now |
| bakeshakehooray.com | Buy Now |