IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOORAY Limited Liability Company,<br>Plaintiff | : | 3:25-cv- 466 |
| | : | |
| | : | Verification of Complaint |
| v. | : | |
| | : | 2025-03-24 |
| Kevlyn Creative, LLC and<br>Kevlyn K. Walsh,<br>Defendants. | : | |
| | : | |

VERIFICATION

I, Sharie O'Buck, member of Plaintiff Hooray Limited Liability Company, being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the Complaint (Docket 1) are true and correct to the best of my knowledge, information and belief, and that the exhibits attached to the Complaint are true and correct copies of those documents as described therein.

signed: *Sharie O'Buck*

Here appeared before me, via Zoho Meeting, the person named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, a voluntary signature and an oath or affirmation vouching for the truthfulness and completeness of the foregoing.

*Alan Harrison*
Alan Harrison
Commissioner of Conn. Superior Court
431816

Date: 2025-03-22

Place: Cromwell, CT

1

Alan Harrison – SANDOLLAR Law – Milford, CT