# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOORAY Limited Liability Company, Plaintiff | : : : | 3:25-cv-466-AWT |
| | : | Hon. Alvin W. Thompson |
| v. | : : | Application for Prejudgment Remedy |
| Kevlyn Creative, LLC and Kevlyn K. Zierk, Defendants. | : : : | 2025-03-27 |

The undersigned represents:

1. That applicant Hooray has commenced an action against Defendants, pursuant to the Verified Complaint already filed in this matter.

2. That there is probable cause (as described in the attached Memorandum in Support) that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any known defenses, counterclaims or set-offs, will be rendered in the matter in favor of the applicant and that to secure the judgment the applicant seeks an order from this court directing that the following prejudgment remedy be granted to secure the sum of $50,000:

a. To discover all assets of Defendants that could satisfy a judgment; and

b. To attach sufficient property of Defendants to secure such sum.

WHEREFORE, the undersigned respectfully requests that the Court should issue the attached proposed order to show cause.

Hooray Limited Liability Company
By
s/Alan Harrison
Alan Harrison (ct29464)
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOORAY Limited Liability Company, Plaintiff | : : | 3:25-cv-466-AWT |
| | : | Hon. Alvin W. Thompson |
| v. | : : | (Proposed) Order to Show Cause |
| Kevlyn Creative, LLC and Kevlyn K. Walsh, Defendants. | : : : | |

The above application having been presented to the court on a signed Complaint, it is hereby ordered, that a hearing be held on the application on ............................................. at ...... a.m. and that the plaintiff give notice to the defendant in accordance with section 52-278c of the general statutes of the pendency of the application and of the time when it will be heard by serving a true and attested copy of the application and order upon the defendant in the same manner as a motion would be served in this matter, and certifying service to this Court.

To the defendant: you are ordered to show cause why a Prejudgment Remedy should not be issued against you in the amount of $70,000.

YOU HAVE RIGHTS SPECIFIED IN THE CONNECTICUT GENERAL STATUTES, INCLUDING CHAPTER 903a, THAT YOU MAY WISH TO EXERCISE CONCERNING THIS APPLICATION FOR A PREJUDGMENT REMEDY. THESE RIGHTS INCLUDE THE RIGHT TO A HEARING:

(1) TO OBJECT TO THE PROPOSED PREJUDGMENT REMEDY BECAUSE YOU HAVE A DEFENSE TO OR SET-OFF AGAINST THE ACTION OR A

COUNTERCLAIM AGAINST THE PLAINTIFF OR BECAUSE THE AMOUNT SOUGHT IN THE APPLICATION FOR THE PREJUDGMENT REMEDY IS UNREASONABLY HIGH OR BECAUSE PAYMENT OF ANY JUDGMENT THAT MAY BE RENDERED AGAINST YOU IS COVERED BY ANY INSURANCE THAT MAY BE AVAILABLE TO YOU;

(2) TO REQUEST THAT THE PLAINTIFF POST A BOND IN ACCORDANCE WITH SECTION 52-278d OF THE GENERAL STATUTES TO SECURE YOU AGAINST ANY DAMAGES THAT MAY RESULT FROM THE PREJUDGMENT REMEDY;

(3) TO REQUEST THAT YOU BE ALLOWED TO SUBSTITUTE A BOND FOR THE PREJUDGMENT REMEDY SOUGHT; AND

(4) TO SHOW THAT THE PROPERTY SOUGHT TO BE SUBJECTED TO THE PREJUDGMENT REMEDY IS EXEMPT FROM SUCH A PREJUDGMENT REMEDY.

Dated at Hartford this ......... day of ..........................., 2024

Clerk of the Court