## AFFIDAVIT OF SERVICE

| Case:<br>3: 25 - CV -466 | Court:<br>US DISTRICT | County:<br>, CT | Job:<br>13017040 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>HOORAY Limited Liability Company | | Defendant / Respondent:<br>KEVLYN CREATIVE , LLC , C/O KEVLYN K. ZIERK & KEVLYN K. ZIERK a/k/a KEVLYN WALSH | |
| Received by:<br>QUALITY PROCESS SERVERS | | For:<br>SANDOLLAR LAW / 203-212-9996 | |
| To be served upon: KEVLYN K. ZIERK a/k/a KEVLYN K. WALSH | | | |

I, ANDREW ALTMAN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** KEVLYN K. ZIERK a/k/a KEVLYN K. WALSH, 18259 East Grand Avenue, Aurora, CO 80015

**Manner of Service:** Personal/Individual, Apr 7, 2025, 7:15 pm MDT

**Documents:** SUMMONS, COMPLAINT,EXHIBITS TO COMPLAINT, NOTICE FRCP 7.1, ORDER ON DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER,NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE, AO 120 REPORT, APPLICATION FOR PREJUDGEMENT REMEDY, CT FORM CV 053, MEMO IN SUPPORT OF PJR. (Received Apr 1, 2025 at 2:04pm MDT)

**Additional Comments:**
1) Successful Attempt: Apr 7, 2025, 7:15 pm MDT at 18259 East Grand Avenue, Aurora, CO 80015 received by KEVLYN K. ZIERK a/k/a KEVLYN K. WALSH.

_____  4-8-2025
ANDREW ALTMAN                 Date

QUALITY PROCESS SERVERS

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

4/8/2025              4/1/2026
Date                  Commission Expires

JOHN CHELY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024010803
MY COMMISSION EXPIRES APRIL 1, 2026

# AFFIDAVIT OF SERVICE

| Case:<br>3: 25 - CV -466 | Court:<br>US DISTRICT | County:<br>, CT | Job:<br>13017040 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>HOORAY Limited Liability Company | | **Defendant / Respondent:**<br>KEVLYN CREATIVE , LLC , C/O KEVLYN K. ZIERK & KEVLYN K. ZIERK a/k/a KEVLYN WALSH | |
| **Received by:**<br>QUALITY PROCESS SERVERS | | **For:**<br>SANDOLLAR LAW / 203-212-9996 | |
| **To be served upon:** KEVLYN CREATIVE , LLC | | | |

I, ANDREW ALTMAN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** KEVLYN CREATIVE LLC, 18259 East Grand Avenue, Aurora, CO 80015

**Manner of Service:** AUTHORIZED, Apr 7, 2025, 7:15 pm MDT

**Documents:** SUMMONS, COMPLAINT,EXHIBITS TO COMPLAINT, NOTICE FRCP 7.1, ORDER ON DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER,NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE, AO 120 REPORT, APPLICATION FOR PREJUDGEMENT REMEDY, CT FORM CV 053, MEMO IN SUPPORT OF PJR. (Received Apr 1, 2025 at 2:04pm MDT)

**Additional Comments:**
1) Successful Attempt: Apr 7, 2025, 7:15 pm MDT at 18259 East Grand Avenue, Aurora, CO 80015 received by KEVLYN CREATIVE, LLCK. SERVED: KEVLYN K. WALSH

_____  4-8-2025
ANDREW ALTMAN        Date

QUALITY PROCESS SERVERS

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

4/8/2025          4/1/2026
Date              Commission Expires

JOHN CHELY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024010803
MY COMMISSION EXPIRES APRIL 1, 2026

**Quality Process Servers**
312 11TH AVE.
LONGMONT, CO 80501

INVOICE: 13017040
Issued: Apr 8, 2025

**SANDOLLAR LAW / 203-212-9996**
ALAN HARRISON
MILFORD, CT 06460

PAY TO:
**Quality Process Servers**
312 11TH AVE.
LONGMONT, CO 80501

| Case: | 3: 25 - CV -466 | Plaintiff / Petitioner: | HOORAY Limited Liability Company |
|---|---|---|---|
| Job: | 13017040 | Defendant / Respondent: | KEVLYN CREATIVE , LLC , C/O KEVLYN K. ZIERK & KEVLYN K. ZIERK a/k/a KEVLYN WALSH |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Additional Serve, Same Address | KEVLYN CREATIVE | $65.00 | 1 | $65.00 |
| Printing Fee | .25 per page | $18.50 | 1 | $18.50 |
| Serve Summons | ZIERK<br>AURORA CO | $135.00 | 1 | $135.00 |

This invoice is due upon receipt. As always, thank you for your business.

Total: $218.50
Amount Paid: ($0.00)
**Balance Due: $218.50**

Quality Process Servers • 312 11TH AVE., LONGMONT, CO 80501

Call: 303-444-9700 • Email: dqpsinvestigations@comcast.net • Visit: COLORADOPROCESSSERVER.ORG