## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOORAY LLC | : | |
| | : | Civil Action No.: 3:25-cv-00466-AWT |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KEVLYN CREATIVE, LLC and KEVLYN K. ZIERK | : | |
| | : | |
| | : | |
| Defendants. | : | April 24, 2025 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of Defendants Kevlyn Creative, LLC and Kevlyn K. Zierk in the above-captioned matter.

>DEFENDANTS
>KEVLYN CREATIVE, LLC and
>KEVLYN K. ZIERK
>
>/s/ *Meghan F. Buckley*
>Meghan F. Buckley
>Federal Bar No. ct31490
>Carmody Torrance Sandak & Hennessey LLP
>195 Church Street, 18th Floor
>P.O. Box 1950
>New Haven, CT 06509-1950
>Tel.: (203) 777-5501
>Fax: (203) 784-3199
>mbuckley@carmodylaw.com

{N6064162}

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2025, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ *Meghan F. Buckley*
                                            Meghan F. Buckley