UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOORAY LLC | : | |
| | : | Civil Action No.: 3:25-cv-00466-AWT |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KEVLYN CREATIVE, LLC and KEVLYN K. ZIERK | : | |
| | : | |
| | : | |
| Defendants. | : | April 24, 2025 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Civil Rule 7(b), Kevlyn Creative, LLC and Kevlyn K. Zierk (collectively, "Defendants") move for an extension of time to answer, move or otherwise respond to Hooray LLC's Complaint. (ECF No. 1.) Defendants' current deadline to respond to the Complaint is April 28, 2025. Defendants respectfully request that the Court extend its deadline by thirty (30) days, up to and including May 28, 2025. Defendants require this additional time because they only recently hired the undersigned as their counsel, who needs time to review and investigate the Complaint, discuss with Defendants potential responses thereto, and then prepare the initial pleading response. This is Defendants' first request for an extension of this deadline. Hooray LLC does not consent to this motion. The requested extension is for good cause and will not result in undue delay.

Accordingly, Defendants respectfully request that the Court extend the deadline for Defendants to answer, move or otherwise respond to the Complaint to May 28, 2025.

DEFENDANTS
KEVLYN CREATIVE, LLC and
KEVLYN K. ZIERK

/s/ *Meghan F. Buckley*
Gerard N. Saggese III
Federal Bar No. ct26430
Meghan F. Buckley
Federal Bar No. ct31490
Carmody Torrance Sandak & Hennessey LLP
1055 Washington Blvd.
4th Floor
Stamford, CT 09601-2218
Tel.: (203) 425-4200
Fax: (203) 325-8608
gsaggese@carmodylaw.com
mbuckley@carmodylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ *Meghan F. Buckley*
                                        Meghan F. Buckley