UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOORAY LLC : | |
| : | Civil Action No.: 3:25-cv-00466-AWT |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| KEVLYN CREATIVE, LLC and KEVLYN : | |
| K. ZIERK : | |
| : | |
| Defendants. : | May 28, 2025 |

## MOTION TO DISMISS

Pursuant to Rules 12(b)(2), (3), and (6) of the Federal Rules of Civil Procedure, Defendants Kevlyn Creative, LLC ("Kevlyn") and Kevlyn K. Zierk ("Zierk") hereby move to dismiss Plaintiff Hooray LLC's Complaint (ECF No. 1). In further support of this Motion, Defendants represent the following:

1. The Court lacks personal jurisdiction over Defendants, who are both Colorado residents with no meaningful contacts to Connecticut. As an initial matter, Plaintiff cannot fulfill its burden to present specific facts that (i) either Defendant is amenable to long-arm jurisdiction, and (ii) this Court's exercise of personal jurisdiction over either Defendant would not violate due process. Moreover, as it concerns Zierk individually, Plaintiff fails to plausibly allege that she is an alter ego of Kevlyn, and therefore exercising personal jurisdiction over Zierk under that theory cannot stand.

2. Similar to the lack of personal jurisdiction, this suit also suffers from the defect that this Court is the improper venue for the action.

3. Should the Court advance beyond those deficiencies, each of the four counts of the Complaint fail to state a proper claim for relief.

4.	In support of this Motion, Defendants have contemporaneously filed (i) a Memorandum of Law and (ii) the Declaration of Kevlyn Zierk, dated May 27, 2025, in which the grounds for dismissal are more fully set forth.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and dismiss the Complaint.

Dated: May 28, 2025

Respectfully submitted,

DEFENDANTS
KEVLYN CREATIVE, LLC and
KEVLYN K. ZIERK

/s/ *Gerard N. Saggese III*
Gerard N. Saggese III
Federal Bar No. ct26430
Meghan F. Buckley
Federal Bar No. ct31490
Carmody Torrance Sandak & Hennessey LLP
1055 Washington Blvd.
4th Floor
Stamford, CT 09601-2218
Tel.: (203) 425-4200
Fax: (203) 325-8608
gsaggese@carmodylaw.com
mbuckley@carmodylaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 28, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ *Gerard N. Saggese III*
        Gerard N. Saggese III

{N6070898}　　　　　　　　　　　3