# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOORAY LLC | Civil Action No.: 3:25-cv-00466-AWT |
| Plaintiff, | |
| v. | |
| KEVLYN CREATIVE, LLC and KEVLYN K. ZIERK | |
| Defendants. | May 27, 2025 |

### DECLATION OF KEVLYN ZIERK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT

I, KEVLYN ZIERK, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am the individual Defendant and owner of the corporate Defendant, Kevlyn Creative LLC, in the above-captioned matter.

3. I base this declaration on my personal knowledge of the facts set forth herein and analysis of certain records that Kevlyn Creative LLC maintains in the ordinary course of its business.

4. I submit this declaration in support of Defendants' Motion to Dismiss.

### Connections to Colorado

5. I presently reside in Aurora, Colorado. I have lived in Aurora for five years. I have lived in Colorado since 2011.

6. I maintain a Colorado driver's license.

{N6070605}

7. I am registered to vote in Colorado.

8. I maintain bank accounts in Colorado

9. I file income tax returns in Colorado.

10. I register my vehicles in Colorado.

11. I maintain health insurance in Colorado.

12. I own real property in Colorado.

13. I am a member of a church in Colorado.

### Kevlyn Creative LLC

14. I founded Kevlyn Creative LLC on January 26, 2018.

15. Kevlyn Creative LLC is a privately-held, Colorado limited liability company.

16. I am the owner and Registered Agent of Kevlyn Creative LLC.

17. Kevlyn Creative LLC maintains a bank account in Colorado.

18. From its inception, Kevlyn Creative LLC has operated out of Colorado.

19. Kevlyn Creative LLC operates as the umbrella organization for two brands—Festive Gal and Bake Bake Hooray. Both brands operate as d/b/a (doing business as) entities under Kevlyn Creative LLC.

20. I started Kevlyn Creative LLC for the purpose of selling headbands on Etsy under the brand Festive Gal.

21. In 2021, Kevlyn Creative LLC's operations moved to a warehouse located at 6665 South Kenton Street, Suite 201, Englewood, Colorado 80111.

22. At that time, Kevlyn Creative LLC expanded selling platforms from Etsy to Faire, as well as directly on the Festive Gal-branded website—www.festivegal.com.

23. All of Kevlyn Creative LLC's products, goods, and/or merchandise are located at the warehouse in Englewood, Colorado.

24. Kevlyn Creative LLC has two (2) full time employees, one (1) part time employee, and a couple contract employees, each of whom reside in Colorado.

25. Kevlyn Creative LLC started selling cookie stamps under the brand Festive Gal in November 2023. The cookie stamps were so popular that Kevlyn Creative LLC established a new brand, Bake Bake Hooray, to sell cookie stamps.

26. Kevlyn Creative LLC bought the URL—https://bakebakehooray.com—in July 2024.

27. Kevlyn Creative LLC launched the aforementioned website in November 2024 to sell cookie stamps, cake toppers, and baking accessories.

28. On November 8, 2024, Kevlyn Creative LLC began selling cookie stamps, cake toppers, and baking accessories through the brand Bake Bake Hooray.

29. Since November 8, 2024, Kevlyn Creative LLC has sold 2,836 orders of cookie stamps, cake toppers, and other baking accessories under the brand Bake Bake Hooray.

30. Kevlyn Creative LLC's total Connecticut sales under the brand Bake Bake Hooray equal 37 orders, totaling $1,451.40, which is about 1% of Kevlyn Creative LLC's total orders.

31. I have never used Kevlyn Creative LLC's funds for personal matters.

### Kevlyn Zierk's Lack of Connections to Connecticut

32. I have never resided in Connecticut.

33. I do not maintain a Connecticut driver's license.

34. I am not registered to vote in Connecticut.

35. I do not file income tax returns in Connecticut.

36. I have never been employed in Connecticut.

37. I do not own or possess any real property in Connecticut.

38. I do not regularly conduct personal business in Connecticut.

39. I do not regularly solicit business on my own behalf in Connecticut.

40. I do not derive substantial revenue from personal business endeavors that result in goods being used or consumed, or services rendered, in Connecticut.

41. I do not derive substantial revenue in interstate commerce from my personal business endeavors.

42. I do not directly advertise my personal business endeavors in Connecticut media outlets.

43. I do not rent or maintain office space in Connecticut for use in my personal business endeavors.

44. I do not maintain a local telephone listing in Connecticut.

45. I do not maintain a local mailing address in Connecticut.

46. I do not maintain a personal ownership interest in any bank or investment account located exclusively in Connecticut.

### Kevlyn Creative LLC's Lack of Connections to Connecticut

47. Kevlyn Creative LLC has never resided in Connecticut.

48. Kevlyn Creative LLC does not file income tax returns in Connecticut.

49. Kevlyn Creative LLC does not employ Connecticut residents.

50. Kevlyn Creative LLC does not own or possess any real property in Connecticut.

51. Kevlyn Creative LLC does not regularly conduct business in Connecticut.

52. Kevlyn Creative LLC does not regularly solicit business in Connecticut.

53. Kevlyn Creative LLC does not derive substantial revenue from business endeavors that result in goods being used or consumed, or services rendered, in Connecticut.

54. Kevlyn Creative LLC does not directly advertise its business endeavors in Connecticut media outlets.

55. Kevlyn Creative LLC does not rent or maintain office space in Connecticut for use in its business endeavors.

56. Kevlyn Creative LLC does not maintain a local telephone listing in Connecticut.

57. Kevlyn Creative LLC does not maintain a local mailing address in Connecticut.

58. Kevlyn Creative LLC does not maintain an ownership interest in any bank or investment account located exclusively in Connecticut.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2025

_Kevlyn Zierk_
Kevlyn Zierk