UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOORAY LLC | : | |
| | : | Civil Action No.: 3:25-cv-00466-AWT |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KEVLYN CREATIVE, LLC and KEVLYN K. ZIERK | : | |
| | : | |
| | : | |
| Defendants. | : | June 5, 2025 |

## MOTION TO STAY DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26(c), Kevlyn Creative, LLC ("Kevlyn") and Kevlyn K. Zierk ("Zierk") (collectively, "Defendants") hereby move to stay discovery pending resolution of Defendants' Motion to Dismiss. As discussed in greater detail in Defendants' Memorandum of Law submitted herewith, Defendants have already made a strong showing in their Motion to Dismiss that Plaintiff's claim should be dismissed for lack of personal jurisdiction. Without jurisdiction over the parties, the mechanisms of discovery cannot be enforced. Discovery will be unduly expensive and burdensome while the Motion to Dismiss—which is likely to dispose of this action entirely—is still pending. Moreover, a brief stay of discovery while this Court decides the Motion to Dismiss and conducts a settlement conference will not prejudice Plaintiff in any way because the case is young, and discovery has not begun. Rather than have discovery go forward, together with its expense and time commitments, in a court where its jurisdiction is subject to question, it should be stayed until the Motion to Dismiss is decided. Doing so saves the parties and Court from needlessly expending time and resources until it is known whether the Court has jurisdiction over the Defendants.

{N6072665}

WHEREFORE, Defendants respectfully request that the Court grant this Motion and order a stay of discovery pending resolution of Defendants' Motion to Dismiss.

Dated: June 5, 2025

Respectfully submitted,
DEFENDANTS
KEVLYN CREATIVE, LLC and
KEVLYN K. ZIERK

/s/ *Gerard N. Saggese III*
Gerard N. Saggese III
Federal Bar No. ct26430
Meghan F. Buckley
Federal Bar No. ct31490
Carmody Torrance Sandak & Hennessey LLP
1055 Washington Blvd.
4th Floor
Stamford, CT 09601-2218
Tel.: (203) 425-4200
Fax: (203) 325-8608
gsaggese@carmodylaw.com
mbuckley@carmodylaw.com

{N6072665}

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/ *Gerard N. Saggese III*
                                    Gerard N. Saggese III

{N6072665}