**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------- X
HOORAY LIMITED LIABILITY        :
COMPANY,                        :
            Plaintiff,          :   Civil No. 3:25-cv-466 (AWT)
                                :
            v.                  :
                                :
KEVLYN CREATIVE, LLC, and KEVLYN:
K. ZIERK,                       :
                                :
            Defendants.         :
------------------------------- X
```

**ORDER**

This action has been reported settled. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the case without prejudice to reopening on or before September 29, 2025.

If the parties wish to file a stipulation or dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before September 29, 2025.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated this 28th day of July 2025, at Hartford, Connecticut.

/s/ AWT
Alvin W. Thompson
United States District Judge