UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOORAY LLC | : |
| | : Civil Action No.: 3:25-cv-00466-AWT |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| KEVLYN CREATIVE, LLC and KEVLYN K. ZIERK | : |
| | : |
| Defendants. | : August 18, 2025 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Hooray LLC and Defendants Kevlyn Creative LLC and Kevlyn K. Zierk, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action shall be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

**PLAINTIFF HOORAY LLC**

/s/ *[signature]*
Alan Harrison (ctd 29464)
alan@sandollar-law.net
203.212.9996
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460

**DEFENDANTS
KEVLYN CREATIVE, LLC and
KEVLYN K. ZIERK**

/s/ *[signature]*
Gerard N. Saggese III (ct26430)
Meghan F. Buckley (ct31490)
Carmody Torrance Sandak & Hennessey
1055 Washington Blvd., 4th Floor
Stamford, CT 09601-2218
Tel.: (203) 425-4200
Fax: (203) 325-8608
gsaggese@carmodylaw.com
mbuckley@carmodylaw.com